UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 18-cr-283 (NEB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Mario Ariel Alvarado (1) and<br>Emmanuel Iguanero-Martinez (2), | |
| Defendants. | |

This matter comes before the Court on the Defendant Emmanuel Iguanero-Martinez's Motion to Exclude Time Under the Speedy Trial Act (ECF No. 26). Iguanero-Martinez states that his counsel needs additional time to review discovery recently obtained from the government and to prepare and file motions and moves to extend all dates in his Arraignment Order (ECF No. 22) for a period of 30 days. Iguanero-Martinez has also filed a Statement of Facts in Support of Request to Exclude Time Under the Speedy Trial Act (ECF No. 27). The Government does not object to the requested continuance.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Iguanero-Martinez in a speedy trial and such continuance is necessary to provide Iguanero-Martinez and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources. **The exclusion of time and extension of all dates as ordered below shall apply to both Defendant Iguanero-Martinez and Defendant Mario Ariel Alvarado.**

1

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Iguanero-Martinez's Motion to Exclude Time Under the Speedy Trial Act (ECF No. 26) is **GRANTED**.

2. The period of time from **December 17, 2018 through February 26, 2019**, shall be excluded from Speedy Trial Act computations in this case. *See United States v. Mallett*, 751 F.3d 907, 911 (8th Cir. 2014) ("Exclusions of time attributable to one defendant apply to all codefendants." (quotation omitted)); *United States v. Arrellano-Garcia*, 471 F.3d 897, 900 (8th Cir. 2006) (same).

3. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **January 22, 2019**.[1] D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses shall be delivered directly to the chambers of U.S. Magistrate Judge Tony N. Leung.[2]

4. **Counsel shall electronically file a letter on or before January 22, 2019, if no motions will be filed and there is no need for hearing**.

5. All responses to motions shall be filed by **February 5, 2019**. D. Minn. LR 12.1(c)(2).

6. Any Notice of Intent to Call Witnesses shall be filed by **February 5, 2019**. D. Minn. LR. 12.1(c)(3)(A).

---

[1] "Before filing a motion under Fed. R. Crim. P. 12(b), the moving party must confer with the responding party. The parties must attempt in good faith to clarify and narrow the issues in dispute." D. Minn. LR 12.1(b).

[2] U.S. Mail or hand-deliver to 9W U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, 55415.

7. Any Responsive Notice of Intent to Call Witnesses shall be filed by **February 11, 2019**. D. Minn. LR 12.1(c)(3)(B).

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a.    The government makes timely disclosures and a Defendant pleads particularized matters for which an evidentiary hearing is necessary; or

    b.    Oral argument is requested by either party in its motion, objection or response pleadings.

9. If required, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **February 26, 2019**, at **2:00 p.m.** in **Courtroom 9W**, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. D. Minn. LR 12.1(d).

**10. TRIAL:**

    a.    **The trial date, and other related dates shall be rescheduled at a later date. Counsel shall contact the Courtroom Deputy for District Judge Brasel to confirm the new trial date and other related dates.**

Dated: December 21, 2018                      _s/ Tony N. Leung_
                                                  Tony N. Leung
                                                  United States Magistrate Judge
                                                  District of Minnesota

                                                  *United States v. Alvarado et al.*
                                                  Case No. 18-cr-283 (NEB/TNL)